JULY 14, 1958

**No. 62187.**—Fred B. Cooper Co., Inc., et al. *v.* United States, protests 302107–K, etc.—Protests abandoned June 17, 1958. (Not published.) (Initial No. 300034–K.) Plaintiffs' application for rehearing granted.

JULY 17, 1958

**No. 62188.**—Plumrose, Inc., and Gehrig Hoban & Co., Inc., et al. *v.* United States, protests 296411–K, etc.—Protests abandoned June 17, 1958. (Not published.) Plaintiffs' application for rehearing granted.

JULY 18, 1958

**No. 62189.**—SUIT 4939.—Dodge & Olcott, Inc. *v.* United States.— ▇▇▇▇▇▇ —C. D. 1902 reversed May 23, 1958. C. A. D. 683.